# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

May Kwan

                              CASE NO. CV 08 5258 BZ

             Plaintiff(s),

         v.                             STIPULATION AND [PROPOSED]

Amtrak; State of California, et al.           ORDER SELECTING ADR PROCESS

             Defendant(s).

_____ /

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓      Private ADR *(please identify process and provider)*   Elizabeth Williams        

The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓      other requested deadline July 3, 2009                   

Dated: 2/9/2009                      /s/ Frank R. McNally       
                                           Attorney for Plaintiff May Kwan
                                           Frank R. McNally

Dated: 2/9/2009                      /s/ Liza Siu Mendoza        
                                           Attorney for Defendant National Railroad
                                           Passenger Corporation
                                           Liza Siu Mendoza

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session

90 days from the date of this order.
other    - July 3, 2009

IT IS SO ORDERED.

Dated:   February 11, 2009

UNITED STATES MAGISTRATE JUDGE