UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
MAY KWAN,                      )
                               )
         Plaintiff(s),         )    No. C08-5258 BZ
                               )
    v.                         )    CONDITIONAL ORDER
                               )    OF DISMISSAL
AMTRAK, STATE OF CALIFORNIA,   )
and DOES 1 to 25, inclusive,   )
                               )
         Defendant(s).         )
                               )
```

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: February 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\KWAN CONDITIONAL DISMISSAL.wpd

1